UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY McCLURE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANTONY BLINKEN )<br>)<br>Defendant. )<br>) | Civil Action No. 22-0624 (ACR) |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure ("Rule") 6, Antony Blinken, in his official capacity only as Secretary of State ("Defendant"), by and through undersigned counsel, respectfully requests an enlargement of time until August 18, 2023, to file a Defendant's Opposition to the Motion for Leave to file a Second Amended Complaint filed by Kimberly McClure ("Plaintiff"). In support hereof, Defendant respectfully proffers the following good cause:

1. Plaintiff commenced this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. ("Title VII"), alleging various unlawful employment occurrences that took place while she was a Consular Officer in Cape Town, South Africa. *See generally* ECF No. 13. The Court dismissed Plaintiff's Amended Complaint without prejudice, *see* ECF No. 21, and Plaintiff filed a Motion for Leave to file a Second Amended Complaint. *See* ECF No. 22. Plaintiff's proposed Second Amended Complaint appears to retread futile claims the Court has already adjudicated. Defendant's Opposition is now due.

1

2.     Defendant is constrained to request this enlargement due to the press of other deadlines and to confer with Agency Counsel.   Plaintiff filed her motion for leave on July 27, 2023, and the undersigned begun conferring with Agency Counsel on July 31, 2023.   After a bit of back-and-forth, the undersigned and Agency Counsel reached an agreement on how to respond to Plaintiff's motion.

3.     However, in light of crush of recent new case assignments and other preexisting deadlines, including a Motion for Summary Judgment in another Title VII case tomorrow, a deadline in an Affirmative Civil Enforcement case today as well as several other deadlines throughout this week, the undersigned is not able to finalize Defendant's Opposition.   The undersigned regrets no having filed this motion earlier and begs the Court's indulgence.

4.     Defendant proposes this extension in good faith and not for the purpose of delay.   Granting the requested extension will not impact any other deadlines and will serve the interests of justice.   Moreover, given progress being made preparing a Reply, the undersigned does not anticipate that any additional enlargement would be needed or sought.

5.     Pursuant to LCvR 7(m), 10:30am today, the undersigned sought Plaintiff's counsel consent via email – the parties' typical method of conferring – but has not received a response at this time.   The undersigned had intended to file this motion earlier in the day, but was awaiting Plaintiff's position on consent.   Defendant does not anticipate any significant prejudice to the Plaintiff arising from this request.

Wherefore, Defendant respectfully requests that the Court grant this enlargement of time to file Defendant's Opposition.   A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

August 10, 2023                              Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. – Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY McCLURE, <br><br>  Plaintiff <br><br> v. <br><br> ANTONY BLINKEN <br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 22-0624 (ACR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file an Opposition no later than August 18, 2023.

                                                                  HON. ANA C. REYES
                                                                  UNITED STATES DISTRICT JUDGE